UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DIAZ,<br><br>   Plaintiff,<br><br>  v.<br><br>CLAIRE WILLIAMS, et al.,<br><br>   Defendants. | Case No. 12-cv-05895-WHO (PR)<br><br>**ORDER DENYING MOTION TO DISMISS AND FOR SUMMARY JUDGMENT;**<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendants' motion to dismiss this federal civil rights action on grounds that plaintiff Diaz failed to exhaust his administrative remedies, and their motion for summary judgment, (Docket No. 38), are DENIED without prejudice. Defendants are directed to renew their arguments in support of dismissal by way of a motion for summary judgment, in light of the Ninth Circuit's recent ruling in *Albino v. Baca*, No. 10-55702, slip op. at 4 (9th Cir. Apr. 3, 2014) (en banc). Such motion, which can raise both procedural and substantive issues and defenses, shall be filed on or before July 23, 2014. Diaz's opposition, if any, shall be filed within 45 days after defendants' motion is filed. Defendants' reply, if any, shall be filed within 15 days after Diaz's opposition is filed. All parties shall continue to comply with the standards and notice provisions set forth in the order of service (Docket Nos. 3 and 12).

Because this order addresses the concerns raised in defendants' recently filed motion to convert their prior motion to a motion for summary judgment (Docket No. 67), that motion is DENIED as moot. The Clerk shall terminate Docket Nos. 38 and 67.

**IT IS SO ORDERED.**

**Dated:** April 23, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD DIAZ-DR.MICHAEL C. SAYRE,

        Plaintiff,

  v.

CLAIRE WILLIAMS, et al,

        Defendants.
_____/

Case Number: CV12-05895 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Ronald Diaz C-13323
Pelican Bay State Prison
P.O. Box 7500 SHU D5 119
Crescent City, CA 95532

Dated: April 23, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk