United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DIAZ,

          Plaintiff,

    v.

CLAIRE WILLIAMS, et al.,

          Defendants.

Case No.  12-cv-05895-WHO (PR)

**ORDER EXTENDING TIME**

      Plaintiff Diaz's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 91) is GRANTED.  The opposition shall be filed on or before February 2, 2015.  **No further extensions of time will be granted.**  This is Diaz's second extension of time to file an opposition and he has known about the motion for summary judgment since it was filed in July 2014.

      **IT IS SO ORDERED.**

**Dated:**  January 5, 2015

WILLIAM H. ORRICK
United States District Judge