UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DIAZ,

    Plaintiff,

    v.

CLAIRE WILLIAMS, et al.,

    Defendants.

Case No. 12-cv-05895-WHO (PR)

**ORDER EXTENDING TIME**

Defendants' motion to extend time to file a reply to plaintiff Diaz's opposition to their motion for summary judgment (Docket No. 95) is GRANTED. The reply shall be filed on or before March 3, 2015.

The Clerk shall terminate Docket No. 95.

**IT IS SO ORDERED.**

**Dated:** February 10, 2015

_____
WILLIAM H. ORRICK
United States District Judge